■ JOANNE MOTICHKA, Appellant, v MP 1291 TRUST et al., Respondents. [23 NYS3d 892]—

Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered January 17, 2014, which, after a hearing, denied plaintiff tenant's motion for a preliminary injunction, unanimously affirmed, without costs.

The motion court providently exercised its discretion in denying the motion (*see Doe v Axelrod*, 73 NY2d 748, 750 [1988]), where the evidence raises "sharp" issues of fact regarding plaintiff's noise and odor complaints, and the intent of the parties that drafted a 1999 stipulation (*Residential Bd. of Mgrs. of Columbia Condominium v Alden*, 178 AD2d 121, 123 [1st Dept 1991]; *Lehey v Goldburt*, 90 AD3d 410, 411 [1st Dept 2011]). Plaintiff has not made the required showing for a preliminary injunction (*see Doe*, 73 NY2d at 750). Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.